# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

        Case: 3:21-cr-20391
        Judge: Cleland, Robert H.
        MJ: Patti, Anthony P.
        Filed: 06-16-2021 At 12:53 PM
        INDI USA V. CARRANZA-ALVARADO (DA)

D-1 ROQUE CARRANZA-ALVARADO,

        Defendant.
_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(21 U.S.C. §841(a)(1) – Possession with the Intent to Distribute a Controlled Substance)*

On or about June 13, 2021, in the Eastern District of Michigan and elsewhere, defendant ROQUE CARRANZA-ALVARADO, did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, §841(a)(1).

Pursuant to Title 21, United States Code, §841(b)(1)(A)(vi), it is further alleged that this violation involved the following controlled substance: 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl] propanimede, commonly known as fentanyl, a Schedule I controlled substance.

## COUNT TWO

*(21 U.S.C. §841(a)(1) – Possession with the Intent to Distribute a Controlled Substance)*

On or about June 13, 2021, in the Eastern District of Michigan and elsewhere, defendant ROQUE CARRANZA-ALVARADO, did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

Pursuant to Title 21, United States Code, § 841(b)(1)(A)(ii), it is further alleged that this violation involved the following controlled substance: five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT THREE

*(21 U.S.C. §841(a)(1) – Possession with the Intent to Distribute a Controlled Substance)*

On or about June 13, 2021, in the Eastern District of Michigan and elsewhere, defendant ROQUE CARRANZA-ALVARADO, did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

Pursuant to Title 21, United States Code, § 841(b)(1)(A)(viii), it is further alleged that this violation involved the following controlled substance: 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule I controlled substance.

THIS IS A TRUE BILL.

s/ *Grand Jury Foreperson*
Grand Jury Foreperson

SAIMA S. MOHSIN
Acting United States Attorney

JULIE A. BECK
Chief, Drug Task Force Unit

s/ *John N. O'Brien II*
John N. O'Brien II
Assistant United States Attorney        Dated: June 16, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case:3:21-cr-20391<br>Judge: Cleland, Robert H.<br>MJ: Patti, Anthony P.<br>Filed: 06-16-2021 At 12:53 PM<br>INDI USA V. CARRANZA-ALVARADO (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

## Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _JMO_ |

**Case Title:** USA v. Roque Carranza-Alvarado

**County where offense occurred:** Jackson

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30297          ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 16, 2021
Date

John N. O'Brien
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9715
E-Mail address: john.obrien@usdoj.gov
Attorney Bar #: P39912

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.