UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

             CASE NO. 21-20391
             HON. ROBERT H. CLELAND

  Plaintiff,

vs.

ROQUE CARRANZA-ALVARADO,

  Defendant.
_____/

SUBSTITUTION OF ATTORNEY

It is stipulated that Steven Scharg is substituted in as attorney of record in the place and stead of Richard O'Neil, on behalf of Defendant, Roque Carranza-Alvarado.

s/Steven Scharg      s/Richard O'Neil with consent
STEVEN SCHARG      RICHARD O'NEIL
Attorney for Conservator   Attorney at Law
615 Griswold, Suite 1120
Detroit, Mi 48226
(313) 300-0214
Scharg1924@gmail.com

**IT IS SO ORDERED.**  s/Robert H. Cleland
           HONORABLE ROBERT H. CLELAND

Dated: August 18th, 2021